AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEYMOUR, STEPHANIE K. | U.S. COURT OF APPEALS | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE--SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

4-562 U.S. COURTHOUSE
333 WEST FOURTH
TULSA, OK 74103-3877

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | Vice President of Board of Directors | Crested Butte Music Festival, Crested Butte, CO |
| 3. | Board Member | Tenth Circuit Historical Society, Denver, CO |
| 4. | Advisory Council Member | Community Foundation of Gunnison Valley |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine Uninversity Law School | 3/7/2014 - 3/9/2014 | Malibu, CA | Judge Moot Court Competition | Air fare, lodging, food, miscellaneous travel expenses |
| 2. | University of Colorado | 3/11/2014 - 3/12/2014 | Boulder, CO | Judge Moot Court Competition | Air fare, lodging, food, miscellaneous travel expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | A | Interest | M | T | | | | | |
| 2. Prosperty Bank Accounts (formerly F&M) | A | Interest | K | T | | | | | See comment 1 |
| 3. -UBS Accounts | A | Interest | P1 | T | | | | | See comment 2 |
| 4. Rental Property, Mt. Crested Butte, CO ($245,000, 9/1/92) | E | Rent | P1 | R | | | | | |
| 5. Lot, Mt. Crested Butte, CO ($81,000, 8/10/94) | | None | O | R | | | | | |
| 6. Brokerage #5 (H) | | | | | | | | | |
| 7. -Cathay Bk CA (CD) | B | Interest | L | T | | | | | |
| 8. -Cavanal Hill TX Fr MM -Slct (cash equivalent) | A | Int./Div. | L | T | | | | | |
| 9. -Community West Bk CA (CD) | D | Interest | M | T | | | | | |
| 10. -Four Oaks B&t NC (CD) | D | Interest | M | T | | | | | |
| 11. -GE Capital Fin'l UT (CD) | D | Interest | M | T | | | | | |
| 12. -North Star Bk FL (CD) | A | Interest | L | T | | | | | |
| 13. -1st Rep Bk BofA CA (CD) | C | Interest | L | T | | | | | |
| 14. -1st Rep Bk BofA CA (CD) | C | Interest | L | T | | | | | |
| 15. IRA #5 (H) | | | | | | | | | |
| 16. -Invesco Global Real Estate Fd (ASRYX) (mutual fund) | A | Dividend | K | T | | | | | See comment 3 |
| 17. -IShares Trust S&P US PFD Stock Index Fund (PFF) (ETF) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Short Term Corp BD (VCSH) (ETF) | A | Dividend | | | Sold | 04/01/14 | K | | |
| 19. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | B | Dividend | K | T | | | | | See comment 3 |
| 20. -Loomis Sayles Investment Grade Bd Cl Y (LSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 04/10/14 | J | | See comment 3 |
| 21. | | | | | Sold (part) | 09/26/14 | J | | |
| 22. -TCW Emerging Markets Income Fd Cl I (TGEIX) (mutual fund) | B | Dividend | K | T | | | | | See comment 3 |
| 23. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | A | Dividend | K | T | Sold (part) | 04/01/14 | J | A | See comment 3 |
| 24. -First Tr ETF IV No Amer Energy (EMLP) (ETF) | A | Dividend | | | Sold (part) | 04/01/14 | J | A | |
| 25. | | | | | Sold | 09/26/14 | K | B | |
| 26. -Invesco Convertible Securities FD CL Y (CNSDX) (mutual fund) | A | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 27. -IShares 7-10 Yr Treas Bond ETF (IEF) (ETF) | A | Dividend | K | T | Buy | 09/26/14 | K | | |
| 28. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 04/01/14 | J | A | See comment 3 |
| 29. -Columbia Income Opportunities FD Class Z (CIOZX) (mutual fund) | B | Dividend | J | T | Sold (part) | 04/01/14 | J | | |
| 30. | | | | | Sold (part) | 09/26/14 | K | | |
| 31. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | A | Dividend | K | T | Sold (part) | 04/01/14 | J | | See comment 3 |
| 32. -Putnam Short Duration Income Fund Y (PSDYX) (mutual fund) | A | Dividend | J | T | Sold (part) | 04/01/14 | J | A | See comment 3 |
| 33. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | A | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 34. | | | | | Buy (add'l) | 12/23/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | A | Dividend | K | T | Sold (part) | 04/01/14 | J | A | See comment 3 |
| 36. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | A | Dividend | K | T | Buy | 04/1/14 | K | | See comment 3 |
| 37. -Mainstay Unconstrained Bd Fd Class I (MSDIX) (mutial fund) | A | Dividend | K | T | Buy | 04/01/14 | K | | See comment 3 |
| 38. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 39. -Mainstay Short Duration High Yd Fd Class I (MDHIX) (mutual fund) | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 40. -Advisory Research MLP & Energy Inc Fd (INFIX) (mutial fund) | A | Dividend | | | Buy | 09/29/14 | K | | |
| 41. | | | | | Sold | 12/01/14 | J | | |
| 42. IRA #6 (H) | | | | | | | | | |
| 43. -Invesco Global Real Estate Income Fd (ASRYX) (mutual fund) | C | Dividend | L | T | Sold (part) | 04/01/14 | J | | See comment 3 |
| 44. -IShares Trust S&P US Pfd Stock Index Fund (PFF) (ETF) | C | Dividend | L | T | Sold (part) | 04/01/14 | J | | See comment 3 |
| 45. -Vanguard Short Term Corporate Bond (VCSH) (ETF) | A | Dividend | | | Sold | 04/01/14 | L | | |
| 46. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | C | Dividend | L | T | Sold (part) | 04/01/14 | J | | See comment 3 |
| 47. | | | | | Sold (part) | 09/26/14 | J | | |
| 48. -Loomis Sayles Investment Grade Bond (LSIIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 04/01/14 | J | | See comment 3 |
| 49. | | | | | Sold (part) | 09/26/14 | K | | |
| 50. -TCW Emerging Markets Income Fd Class I (TGEIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 04/01/14 | J | | See comment 3 |
| 51. | | | | | Sold (part) | 09/29/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | A | Dividend | L | T | Sold (part) | 04/01/14 | K | A | See comment 3 |
| 53. -First Tr ETF IV No Amer Energy (EMLP) (ETF) | B | Dividend | | | Buy (add'l) | 04/01/14 | J | | |
| 54. | | | | | Sold | 09/26/14 | L | D | |
| 55. -Invesco Convertible Securities FD CL Y (CNSDX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 04/01/14 | K | | See comment 3 |
| 56. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 57. -Blackrock Strategic Income I (BSIIX) (mutual fund) | C | Dividend | M | T | Sold (part) | 04/01/14 | J | A | See comment 3 |
| 58. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 59. -Columbia Income Opportunities FD (CIOZX) (mutual fund) | C | Dividend | K | T | Sold (part) | 04/01/14 | J | A | |
| 60. | | | | | Sold (part) | 09/26/14 | K | A | |
| 61. -Invesco Floating Rate Fund Cl Y (AFRYX) (mutual fund) | B | Dividend | L | T | Sold (part) | 04/01/14 | K | A | See comment 3 |
| 62. -Putnam Short Duration Income FD Cl Y (PSDYX) (mutual fund) | A | Dividend | K | T | Sold (part) | 04/01/14 | K | A | See comment 3 |
| 63. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | A | Dividend | M | T | Buy (add'l) | 04/01/14 | K | | See comment 3 |
| 64. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 65. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 66. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | C | Dividend | L | T | Sold (part) | 04/01/14 | J | A | See comment 3 |
| 67. -IShares 7-10 Yr Treas Bd (IEF) (ETF) | A | Dividend | L | T | Buy | 09/26/14 | L | | |
| 68. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | L | T | Buy | 04/01/14 | L | | See comment 3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Mainstay Unconstrained Bd Fd Cl I (MSDIX) (mutual fund) | B | Dividend | L | T | Buy | 04/01/14 | L | | See comment 3 |
| 70. -Mainstay Short Duration High Yield Fd Cl (MDHIX (mutual fund) | A | Dividend | K | T | Buy | 09/26/14 | K | | |
| 71. -Advisory Research MLP & Energy Inc Fd (INFIX) (mutual fund) | B | Dividend | | | Buy | 09/29/14 | L | | |
| 72. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 73. | | | | | Sold | 12/01/14 | K | | |
| 74. Brokerage #9 (H) | | | | | | | | | |
| 75. -BOK Financial Corp. New (BOKF) (common) | D | Dividend | N | T | Sold (part) | 09/08/14 | M | E | |
| 76. -Jackson Nat'l Life Ins Co Perspective L Series Class L | | None | N | T | | | | | |
| 77. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | | | | | |
| 78. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | | | | | |
| 79. -Ohio Nat'l Oncore Lite II Class L | | None | N | T | | | | | |
| 80. Brokerage #10 (H) | | | | | | | | | |
| 81. -Blackrock Strategic Income I (BSIIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 06/13/14 | J | A | See comment 3 |
| 82. | | | | | Sold (part) | 07/22/14 | J | A | |
| 83. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 84. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 85. -Health Care Select Sector SPDR Fund (XLV) (ETF) | A | Dividend | K | T | Sold (part) | 02/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/22/14 | J | A | |
| 87. | | | | | Sold | 10/15/14 | K | D | |
| 88. | | | | | Buy | 10/27/14 | K | | |
| 89. -IShares Trust S&P Growth Index Fund (IVW) (ETF) | A | Dividend | L | T | Sold (part) | 02/11/14 | J | A | |
| 90. | | | | | Sold (part) | 06/13/14 | J | A | |
| 91. | | | | | Sold (part) | 07/22/14 | J | A | |
| 92. | | | | | Sold | 10/15/14 | L | D | |
| 93. | | | | | Buy | 10/27/14 | L | | |
| 94. | | | | | Sold (part) | 11/03/14 | J | A | |
| 95. -Vanguard Total Stock Market (VTI) (ETF) | D | Dividend | N | T | Sold (part) | 02/11/14 | J | B | |
| 96. | | | | | Sold (part) | 06/13/14 | J | A | |
| 97. | | | | | Sold (part) | 07/22/14 | K | C | |
| 98. | | | | | Sold | 10/15/14 | N | E | |
| 99. | | | | | Buy | 10/27/14 | N | | |
| 100. | | | | | Buy (add'l) | 11/03/14 | M | | |
| 101. -Invesco Balanced-Risk Allocation Fund Y (ABRYX) (mutal fund) | | None | | | Buy (add'l) | 02/11/14 | J | | See comment 3 |
| 102. | | | | | Sold (part) | 06/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/22/14 | J | | |
| 104. | | | | | Sold | 10/07/14 | L | A | |
| 105. -Powershares QQQ Trust (QQQ) (ETF) | B | Dividend | M | T | Sold (part) | 02/11/14 | J | A | |
| 106. | | | | | Sold (part) | 06/13/14 | J | A | |
| 107. | | | | | Sold (part) | 07/22/14 | J | A | |
| 108. | | | | | Sold | 10/15/14 | L | D | |
| 109. | | | | | Buy | 10/27/14 | L | | |
| 110. | | | | | Buy (add'l) | 11/03/14 | L | | |
| 111. -Invesco Floating Rate Fd Cl Y (AFRYX) (mutual fund) | C | Dividend | | | Sold (part) | 06/13/14 | J | A | See comment 3 |
| 112. | | | | | Sold (part) | 07/22/14 | J | | |
| 113. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 114. | | | | | Sold | 12/30/14 | L | | |
| 115. -SPDR S&P Dividend ETF (SDY) (ETF) | | None | | | Sold | 01/24/14 | M | E | |
| 116. -Vanguard Extd Mkt ETF (VXF) (ETF) | A | Dividend | | | Sold (part) | 02/11/14 | J | A | |
| 117. | | | | | Sold (part) | 06/13/14 | J | A | |
| 118. | | | | | Sold (part) | 07/22/14 | J | A | |
| 119. | | | | | Sold | 10/02/14 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Intl Equity Index FD Inc (VEU) (ETF) | B | Dividend | | | Buy (add'l) | 02/11/14 | J | | |
| 121. | | | | | Sold (part) | 06/13/14 | J | | |
| 122. | | | | | Sold (part) | 07/22/14 | J | | |
| 123. | | | | | Sold | 10/02/14 | L | | |
| 124. -Putnam Short Duration Income FD A (PSDTX) (mutual fund) | A | Dividend | | | Buy (add'l) | 02/11/14 | J | | |
| 125. | | | | | Sold | 04/01/14 | L | A | |
| 126. -Mainstay Marketfield Fd Cl I (MFLDX) (mutual fund) | | None | | | Buy (add'l) | 02/11/14 | J | | |
| 127. | | | | | Sold (part) | 06/13/14 | J | | |
| 128. | | | | | Sold (part) | 07/22/14 | J | | |
| 129. | | | | | Sold | 10/07/14 | L | | |
| 130. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | C | Dividend | | | Sold (part) | 06/13/14 | J | A | See comment 3 |
| 131. | | | | | Sold (part) | 07/22/14 | J | | |
| 132. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 133. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 134. | | | | | Sold | 12/30/14 | L | | |
| 135. -Columbia Income Opportunitites FD Class (CIOZX) (mutual fund) | C | Dividend | | | Sold (part) | 06/13/14 | J | | |
| 136. | | | | | Sold (part) | 07/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 138. | | | | | Sold | 12/30/14 | L | | |
| 139. -Fidelity Advisor Biotechnology FD (FBTIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/11/14 | J | A | See comment 3 |
| 140. | | | | | Sold (part) | 07/22/14 | J | A | |
| 141. | | | | | Sold | 10/15/14 | K | C | |
| 142. | | | | | Buy | 10/27/14 | K | | |
| 143. -SPDR S&P Regl Banking (KRE) (ETF) | A | Dividend | | | Buy | 02/11/14 | L | | |
| 144. | | | | | Sold (part) | 06/13/14 | J | | |
| 145. | | | | | Sold (part) | 07/22/14 | J | | |
| 146. | | | | | Sold | 10/02/14 | L | | |
| 147. -IShares MSCI Mexico Capped (EWW) (ETF) | | None | | | Buy | 11/03/14 | L | | |
| 148. | | | | | Sold | 12/01/14 | L | | |
| 149. -Columbia Acorn European Fund Z (CAEZX) (mutual fund) | A | Dividend | | | Buy | 02/11/14 | L | | See comment 3 |
| 150. | | | | | Sold (part) | 06/13/14 | J | A | |
| 151. | | | | | Sold (part) | 07/22/14 | J | | |
| 152. | | | | | Sold | 09/23/14 | L | | |
| 153. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | | | Buy | 04/01/14 | L | | See comment 3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/22/14 | J | | |
| 155. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 156. | | | | | Sold | 12/30/14 | L | | |
| 157. -Financial Sector SPDR Trust (XLF) (ETF) | A | Dividend | L | T | Buy | 11/03/14 | L | | |
| 158. -Consumer Sector SPDR Trust Shs Discretionary (XLY) (ETF) | A | Dividend | L | T | Buy | 11/03/14 | L | | |
| 159. IRA #7 (H) | | | | | | | | | |
| 160. -UBS Bank USA Account | | | | | Merged (with line 3) | | | | See comment 2 |
| 161. -AFLAC Inc (AFL) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 162. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 163. | | | | | Sold | 10/15/14 | K | | |
| 164. | | | | | Buy | 10/27/14 | K | | |
| 165. -Astrazeneca PLC Spon ADR (AZN) (common) | | None | | | Sold | 02/18/14 | K | D | |
| 166. -Boeing Company (BA) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 167. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 168. | | | | | Sold | 10/15/14 | K | | |
| 169. | | | | | Buy | 10/27/14 | K | | |
| 170. -Clorox Co (CLX) (common) | A | Dividend | | | Buy (add'l) | 02/18/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 09/18/14 | K | A | |
| 172.  -Coca Cola Co Com (KO) (common) | B | Dividend | | | Buy (add'l) | 02/18/14 | J | | |
| 173. | | | | | Sold | 10/15/14 | K | B | |
| 174. | | | | | Buy | 10/27/14 | K | | |
| 175. | | | | | Sold | 12/10/14 | K | B | |
| 176.  -Colgate Palmolive Co. (CL) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 177. | | | | | Sold | 10/15/14 | K | A | |
| 178. | | | | | Buy | 10/27/14 | K | | |
| 179.  -CSX Corporation (CSX) (common) | A | Dividend | | | Buy (add'l) | 02/18/14 | J | | |
| 180. | | | | | Sold | 05/06/14 | K | B | |
| 181.  -Diageo Plc New GB Spon ADR (DEO) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 182. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 183. | | | | | Sold | 10/15/14 | K | | |
| 184. | | | | | Buy | 10/27/14 | K | | |
| 185.  -Du Pont De Nemours (DD) (common) | A | Dividend | | | Buy | 02/18/14 | K | | |
| 186. | | | | | Sold | 10/15/14 | K | A | |
| 187. | | | | | Buy | 10/27/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/15/14 | K | A | |
| 189. -Illinois Tool Works Inc (ITW) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 190. | | | | | Sold | 10/15/14 | K | A | |
| 191. | | | | | Buy | 10/27/14 | K | | |
| 192. -Intel Corp (INTC) (common) | A | Dividend | K | T | Sold (part) | 09/18/14 | J | A | |
| 193. | | | | | Sold | 10/15/14 | K | C | |
| 194. | | | | | Buy | 10/27/14 | K | | |
| 195. -Johnson & Johnson Com (JNJ) (common) | A | Dividend | K | T | Sold (part) | 02/18/14 | J | A | |
| 196. | | | | | Sold | 10/15/14 | K | B | |
| 197. | | | | | Buy | 10/27/14 | K | | |
| 198. -JP Morgan Chase & CO (JPM) (common) | A | Dividend | | | Sold | 09/18/14 | K | B | |
| 199. -Medtronic Inc (MDT) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 200. | | | | | Sold | 10/15/14 | K | B | |
| 201. | | | | | Buy | 10/27/14 | K | | |
| 202. -Microsoft (MSFT) (common) | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 203. | | | | | Sold (part) | 09/18/14 | J | A | |
| 204. | | | | | Sold | 10/15/14 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 10/27/14 | K | | |
| 206. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | K | T | Sold (part) | 02/18/14 | J | A | |
| 207. | | | | | Buy (add'l) | 09/18/14 | K | | |
| 208. | | | | | Sold | 10/15/14 | K | B | |
| 209. | | | | | Buy | 10/27/14 | K | | |
| 210. -Nordstrom Inc (JWN) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 211. | | | | | Sold | 10/15/14 | K | | |
| 212. | | | | | Buy | 10/27/14 | K | | |
| 213. -Northeast Utilities (NU) (common) | A | Dividend | K | T | Buy (add'l) | 09/18/14 | J | | |
| 214. | | | | | Sold | 10/15/14 | K | C | |
| 215. | | | | | Buy | 10/27/14 | K | | |
| 216. -Novartis AG Spon ADR (NVS) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 217. | | | | | Sold | 10/15/14 | K | B | |
| 218. | | | | | Buy | 10/27/14 | K | | |
| 219. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | K | T | Sold (part) | 02/18/14 | J | | |
| 220. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 221. | | | | | Sold | 10/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 10/27/14 | K | | |
| 223. -Pearson PLC Spon ADR (PSO) (common) | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 224. | | | | | Sold | 10/15/14 | K | | |
| 225. | | | | | Buy | 10/27/14 | K | | |
| 226. -Sanofi Spon ADR (SNY) (common) | | None | | | Sold | 02/18/14 | K | A | |
| 227. -Schlumberger LTD (SLB) (common) | A | Dividend | K | T | Sold (part) | 02/18/14 | K | B | |
| 228. | | | | | Sold | 10/15/14 | K | B | |
| 229. | | | | | Buy | 10/27/14 | K | | |
| 230. -Simon PPTY Group Inc (SPG) (common) | A | Dividend | | | Sold | 02/18/14 | K | A | |
| 231. -Stanley Black & Decker Inc (SWK) (common) | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |
| 232. | | | | | Sold | 10/15/14 | K | | |
| 233. | | | | | Buy | 10/27/14 | K | | |
| 234. -Starbucks Corp (SBUX) (common) | A | Dividend | K | T | Sold (part) | 02/18/14 | J | A | |
| 235. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 236. | | | | | Sold | 10/15/14 | K | B | |
| 237. | | | | | Buy | 10/27/14 | K | | |
| 238. -Starwood Hotels & Resorts Worldwide (HOT) (common) | A | Dividend | | | Sold (part) | 02/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 03/17/14 | K | B | |
| 240. -Teva Pharmaceuticals Ind (TEVA) (common) | | None | | | Sold | 02/18/14 | K | C | |
| 241. -Time Warner Cable Inc. (TWC) (common) | | None | | | Sold | 02/18/14 | K | D | |
| 242. -Toronto Dominion Bk New Canada (TD) (common) | A | Dividend | K | T | Buy | 09/18/14 | K | | |
| 243. | | | | | Sold | 10/15/14 | J | | |
| 244. | | | | | Buy | 10/27/14 | K | | |
| 245. -Total SA France Spon ADR (TOT) (common) | A | Dividend | | | Sold | 02/18/14 | K | D | |
| 246. -United Parcel Service Inc CL B (UPS) (common) | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 247. | | | | | Sold | 10/15/14 | K | | |
| 248. | | | | | Buy | 10/27/14 | K | | |
| 249. -Untd Technologies Corp (UTX) (common) | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 250. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 251. | | | | | Sold | 10/15/14 | K | | |
| 252. | | | | | Buy | 10/27/14 | K | | |
| 253. -VF Corp (VFC) (common) | A | Dividend | | | Buy | 02/18/14 | K | | |
| 254. | | | | | Sold | 06/18/14 | K | B | |
| 255. -Vodafone Group PLC New Spon ADR (VOD) (common) | A | Dividend | | | Sold | 02/18/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Yum! Brands Inc (YUM) (common) | A | Dividend | K | T | Sold | 02/18/14 | K | | |
| 257. | | | | | Buy | 09/18/14 | K | | |
| 258. | | | | | Sold | 10/15/14 | K | | |
| 259. | | | | | Buy | 10/27/14 | K | | |
| 260.  -Apple Inc (AAPL) (common) | A | Dividend | K | T | Sold (part) | 09/18/14 | J | C | See comment 4 |
| 261. | | | | | Sold | 10/15/14 | K | D | |
| 262. | | | | | Buy | 10/27/14 | K | | |
| 263.  -Actavis PLC DE (ACT) (common) | | None | K | T | Buy | 09/18/14 | K | | |
| 264. | | | | | Sold | 10/15/14 | K | | |
| 265. | | | | | Buy | 10/27/14 | K | | |
| 266.  -Dominion Resources Inc VA (D) (common) | A | Dividend | K | T | Buy | 02/18/14 | J | | |
| 267. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 268. | | | | | Sold | 10/15/14 | K | | |
| 269. | | | | | Buy | 10/27/14 | K | | |
| 270.  -Emerson Electric Co (EMR) (common) | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 271. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 272. | | | | | Sold | 10/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy | 10/27/14 | K | | |
| 274. -Invesco Ltd (IVZ) (common) | A | Dividend | K | T | Buy | 02/18/14 | J | | |
| 275. | | | | | Sold | 10/15/14 | K | A | |
| 276. | | | | | Buy | 10/27/14 | K | | |
| 277. -O Reilly Automotive Inc (ORLY) (common) | | None | K | T | Buy | 02/18/14 | K | | |
| 278. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 279. | | | | | Sold | 10/15/14 | K | | |
| 280. | | | | | Buy | 10/27/14 | K | | |
| 281. -Price T Rowe Group Inc (TROW) (common) | | None | K | T | Buy | 12/15/14 | K | | |
| 282. -Qualcomm Inc (QCOM) (common) | A | Dividend | K | T | Buy | 09/18/14 | K | | |
| 283. | | | | | Sold | 10/15/14 | K | | |
| 284. | | | | | Buy | 10/27/14 | K | | |
| 285. -Roche Hldg Ltd Spons ADR (RHHBY) (common) | | None | K | T | Buy | 09/18/14 | K | | |
| 286. | | | | | Sold | 10/15/14 | K | | |
| 287. | | | | | Buy | 10/27/14 | K | | |
| 288. -Travelers Cos Inc (TRV) (common) | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 289. | | | | | Sold | 10/15/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 10/27/14 | K | | |
| 291. -Unilever Plc Amer Shs New Spon ADR (UL) (common) | A | Dividend | | | Buy | 02/18/14 | K | | |
| 292. | | | | | Sold | 09/18/14 | K | A | |
| 293. -Union Pacific Corp (UNP) (common) | A | Dividend | K | T | Buy | 05/06/14 | K | | |
| 294. | | | | | Sold | 10/15/14 | K | A | |
| 295. | | | | | Buy | 10/27/14 | K | | |
| 296. Brokerage #12 (H) | | | | | | | | | |
| 297. -Invesco Global Real Estate Income Fd (ASRYX) (mutual fund) | B | Dividend | L | T | Buy (add'l) | 04/01/14 | K | | See comment 3 |
| 298. | | | | | Sold (part) | 06/13/14 | J | A | |
| 299. -Invesco Convertible Securities Fund (CNSDX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 300. | | | | | Sold (part) | 06/13/14 | J | A | |
| 301. -Energy Transfer Partners LP (ETP) (common) | A | Dividend | | | Sold (part) | 04/14/14 | J | A | |
| 302. | | | | | Sold | 09/26/14 | J | C | |
| 303. -PAA Nat Gas Storage LP MLP (PNG) (common) | | None | | | Merged (with line 304) | 01/02/14 | J | | See comment 5 |
| 304. --Plains All Amer Pipeline LP Unit Ltd Partnership (PAA) | A | Dividend | | | Sold (part) | 04/01/14 | J | A | See comment 5 |
| 305. | | | | | Sold | 09/26/14 | J | C | |
| 306. -Regency Energy Partners LP Units REPSTG Ltd (RGP) (common) | B | Dividend | | | Sold (part) | 04/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Sold | 09/26/14 | K | C | |
| 308. -JP Morgan Chase & Co 5.250% (corp bond) | A | Interest | K | T | | | | | |
| 309. -Goldman Sachs Grp Inc 3.625% (corp bond) | A | Interest | K | T | | | | | |
| 310. -Genl Elec Co. 5.250% (corp bond) | A | Interest | K | T | | | | | |
| 311. -Petrobras Intl Fin 5.875% (corp bond) | A | Interest | J | T | | | | | |
| 312. -IShares Trust S&P U S PFD Stock Index (PFF) (ETF) | C | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | |
| 313. | | | | | Sold (part) | 06/13/14 | J | | |
| 314. -Vanguard Short Term Corp BD (VCSH) (ETF) | A | Dividend | | | Buy (add'l) | 04/01/14 | L | | |
| 315. | | | | | Sold | 09/26/14 | K | A | |
| 316. -Blackrock Strategic Income I (BSIIX) (mutual fund) | C | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 317. | | | | | Sold (part) | 06/13/14 | J | A | |
| 318. | | | | | Sold (part) | 09/26/14 | K | B | |
| 319. -Columbia Income Opportunities Fund (CIOZX) (mutual fund) | C | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | |
| 320. | | | | | Sold (part) | 06/13/14 | J | | |
| 321. | | | | | Sold (part) | 09/26/14 | K | A | |
| 322. -Double Line Total Return Fd Instl (DBLTX) (mutual fund) | C | Dividend | K | T | Buy (add'l) | 04/01/14 | K | | See comment 3 |
| 323. | | | | | Sold (part) | 06/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 09/26/14 | K | | |
| 325. -Invesco High Yield Municipal Fund Cl Y (ACTDX) (mutual fund) | C | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 326. | | | | | Sold (part) | 06/13/14 | J | A | |
| 327. | | | | | Sold (part) | 09/26/14 | J | A | |
| 328. -Invesco Floating Rate Fund Cl Y (AFRYX) (mutual fund) | B | Dividend | | | Sold (part) | 04/01/14 | K | A | See comment 3 |
| 329. | | | | | Sold (part) | 06/13/14 | J | | |
| 330. | | | | | Sold | 12/30/14 | K | | |
| 331. -Loomis Sayles Investment Grade Bd Cl Y (LSIIX) (mutual fund) | C | Dividend | | | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 332. | | | | | Sold (part) | 06/13/14 | J | | |
| 333. | | | | | Sold (part) | 09/26/14 | K | | |
| 334. | | | | | Sold | 12/30/14 | K | | |
| 335. -TCW Emerging Markets Income Fund CL I (TGEIX) (mutual fund) | C | Dividend | | | Buy (add'l) | 04/01/14 | K | | See comment 3 |
| 336. | | | | | Sold (part) | 06/13/14 | J | | |
| 337. | | | | | Sold (part) | 09/29/14 | J | | |
| 338. | | | | | Sold | 12/31/14 | L | | |
| 339. -Thornburg Limited Term Municipal Fd Cl I (LTMIX) (mutual fund) | A | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 340. | | | | | Sold (part) | 06/13/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Virtus Multi-Sector Short Term Bd (PIMSX) (mutual fund) | B | Dividend | K | T | Sold (part) | 04/01/14 | K | A | See comment 3 |
| 342. | | | | | Sold (part) | 06/13/14 | J | | |
| 343. | | | | | Sold (part) | 12/30/14 | K | | |
| 344. -Blackrock Global Long/Short Credit Fund I (BGCIX) (mutual fund) | D | Dividend | | | Buy (add'l) | 04/01/14 | K | | See comment 3 |
| 345. | | | | | Sold (part) | 06/13/14 | J | A | |
| 346. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 347. | | | | | Sold | 12/30/14 | L | | |
| 348. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 04/01/14 | J | | See comment 3 |
| 349. | | | | | Sold (part) | 06/13/14 | J | A | |
| 350. | | | | | Sold (part) | 09/26/14 | J | A | |
| 351. -Advisory Research MLP & Energy Inc Fd (INFIX) (mutual fund) | B | Dividend | | | Buy | 09/29/14 | L | | |
| 352. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 353. | | | | | Sold | 12/01/14 | K | | |
| 354. -Blackrock Strategic Municipal Opportunities (MAMTX) (mutual fund) | A | Dividend | K | T | Buy | 09/26/14 | K | | |
| 355. -IShares 7-10 yr Treas Bd (IEF) (ETF) | | None | K | T | Buy | 09/26/14 | K | | |
| 356. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | | | Buy | 04/01/14 | K | | See comment 3 |
| 357. | | | | | Sold (part) | 06/13/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 12/30/14 | K | | |
| 359. -Mainstay Unconstrained Bd Fd Cl I (MSDIX) (mutual fund) | A | Dividend | | | Buy | 09/26/14 | K | | |
| 360. | | | | | Sold | 12/30/14 | K | | |
| 361. -Mainstay Short Duration High Yd Fd (MDHIX) (mutual fund) | A | Dividend | K | T | Buy | 09/26/14 | K | | |
| 362. Brokerage Account #13 (H) | | | | | | | | | |
| 363. -Apple Inc (AAPL) (common) | A | Dividend | J | T | Sold (part) | 09/18/14 | J | A | |
| 364. | | | | | Sold | 10/15/14 | J | B | |
| 365. | | | | | Buy | 10/27/14 | J | | |
| 366. -AFLAC Inc (AFL) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 367. | | | | | Buy | 10/27/14 | J | | |
| 368. -Astrazeneca PLC Spon ADR (AZN) (common) | | None | | | Sold | 02/14/14 | J | B | |
| 369. -Boeing Company DE (BA) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | B | |
| 370. | | | | | Buy | 10/27/14 | J | | |
| 371. -British Amer Tobacco PLC GB Spon ADR (BTI) (common) | | None | | | Buy | 02/14/14 | J | | |
| 372. | | | | | Sold | 02/18/14 | J | A | |
| 373. -Colgate Palmolive Co (CL) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 374. | | | | | Buy | 10/27/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -Clorox Co (CLX) (common) | A | Dividend | | | Sold | 09/18/14 | J | A | |
| 376.  -Coca Cola Co Com (KO) (common) | A | Dividend | | | Sold | 10/15/14 | J | | |
| 377. | | | | | Buy | 10/27/14 | J | | |
| 378. | | | | | Sold | 12/10/14 | J | A | |
| 379.  -CSX Corporation (CSX) (common) | A | Dividend | | | Sold | 05/06/14 | J | A | |
| 380.  -Du Pont De Nemours (DD) (common) | A | Dividend | | | Sold | 10/15/14 | J | A | |
| 381. | | | | | Buy | 10/27/14 | J | | |
| 382. | | | | | Sold | 12/15/14 | J | A | |
| 383.  -Diageo PLC New GB Spon ADR (DEO) (common) | A | Dividend | | | Buy (add'l) | 02/14/14 | J | | |
| 384. | | | | | Sold | 10/15/14 | J | | |
| 385. | | | | | Buy | 10/27/14 | J | | |
| 386. | | | | | Sold | 12/30/14 | J | | |
| 387.  -Emerson Electric Co (EMR) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 388. | | | | | Buy | 10/27/14 | J | | |
| 389.  -Intel Corp (INTC) (common) | A | Dividend | J | T | Sold (part) | 09/18/14 | J | A | |
| 390. | | | | | Sold | 10/15/14 | J | B | |
| 391. | | | | | Buy | 10/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Illinois Tool Works Inc (ITW) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | B | |
| 393. | | | | | Buy | 10/27/14 | J | | |
| 394. -Johnson & Johnson Com (JNJ) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 395. | | | | | Buy | 10/27/14 | J | | |
| 396. -Nordstrom Inc (JWN) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 397. | | | | | Buy | 10/27/14 | J | | |
| 398. -Medtronic Inc (MDT) (common) | A | Dividend | J | T | Sold (part) | 09/18/14 | J | A | |
| 399. | | | | | Sold | 10/15/14 | J | A | |
| 400. | | | | | Buy | 10/27/14 | J | | |
| 401. -Microsoft Corp (MSFT) (common) | A | Dividend | J | T | Sold (part) | 09/18/14 | J | A | |
| 402. | | | | | Sold | 10/15/14 | J | B | |
| 403. | | | | | Buy | 10/27/14 | J | | |
| 404. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 405. | | | | | Buy | 10/27/14 | J | | |
| 406. -Northeast Utilities (NU) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 407. | | | | | Buy | 10/27/14 | J | | |
| 408. -Novartis AG Spon ADR (NVS) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy | 10/27/14 | J | | |
| 410. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 411. | | | | | Buy | 10/27/14 | J | | |
| 412. -Pearson PLC Spon ADR (PSO) (common) | A | Dividend | J | T | Buy (add'l) | 02/14/14 | J | | |
| 413. | | | | | Sold | 10/15/14 | J | A | |
| 414. | | | | | Buy | 10/27/14 | J | | |
| 415. -Starbucks Corp (SBUX) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 416. | | | | | Buy | 10/27/14 | J | | |
| 417. -Schlumberger LTD (SLB) (common) | A | Dividend | J | T | Sold | 10/15/14 | J | A | |
| 418. | | | | | Buy | 10/27/14 | J | | |
| 419. -Sanofi Spon ADR De (SNY) (common) | | None | | | Sold | 02/14/14 | J | | |
| 420. -Simon PPTY Group Inc (SPG) (common) | A | Dividend | | | Sold | 02/14/14 | J | | |
| 421. -Stanley Black & Decker Inc Com (SWK) (common) | A | Dividend | J | T | Buy (add'l) | 02/14/14 | J | | |
| 422. | | | | | Sold | 10/15/14 | J | | |
| 423. | | | | | Buy | 10/27/14 | J | | |
| 424. -Toronto Dominion Bk New (TD) (common) | A | Dividend | | | Buy | 09/18/14 | J | | |
| 425. | | | | | Sold | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy | 10/27/14 | J | | |
| 427. | | | | | Sold | 12/30/14 | J | | |
| 428. -Teva Pharmaceuticals Ind Ltd Israel ADR (TEVA) (common) | | None | | | Sold | 02/14/14 | J | A | |
| 429. -Total S.A. France Spon ADR (TOT) (common) | A | Dividend | | | Sold | 02/14/14 | J | B | |
| 430. -Time Warner Cable Inc (TWC) (common) | | None | | | Sold | 02/14/14 | J | B | |
| 431. -Unilever PLC Amer SHS New Spon ADR (UL) (common) | A | Dividend | | | Sold | 09/18/14 | J | A | |
| 432. -United Parcel Service Inc (UPS) (common) | A | Dividend | | | Sold | 10/15/14 | J | A | |
| 433. | | | J | T | Buy | 10/27/14 | J | | |
| 434. -Untd Technologies Corp (UTX) (common) | A | Dividend | | | Sold | 10/15/14 | J | A | |
| 435. | | | J | T | Buy | 10/27/14 | J | | |
| 436. -VF Corp De (VFC) (common) | A | Dividend | | | Sold | 06/18/14 | J | B | |
| 437. -Actavis Plc (ACT) (common) | | None | J | T | Buy | 09/18/14 | J | | |
| 438. | | | | | Sold | 10/15/14 | J | | |
| 439. | | | | | Buy | 10/27/14 | J | | |
| 440. -Dominion Resources Inc VA (D) (common) | A | Dividend | J | T | Buy | 02/14/14 | J | | |
| 441. | | | | | Sold | 10/15/14 | J | | |
| 442. | | | | | Buy | 10/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Starwood Hotels & Resorts Worldwide Inc (HOT) (common) | A | Dividend | | | Buy | 02/14/14 | J | | |
| 444. | | | | | Sold | 03/17/14 | J | A | |
| 445. -Invesco Ltd (IVZ) (common) | A | Dividend | J | T | Buy | 02/14/14 | J | | |
| 446. | | | | | Sold (part) | 09/18/14 | J | | |
| 447. | | | | | Sold | 10/15/14 | J | A | |
| 448. | | | | | Buy | 10/27/14 | J | | |
| 449. -O Reilly Automotive Inc (ORLY) (common) | | None | | | Buy | 02/14/14 | J | | |
| 450. | | | | | Sold | 10/15/14 | J | | |
| 451. | | | J | T | Buy | 10/27/14 | J | | |
| 452. -Qualcomm Inc De (QCOM) (common) | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 453. | | | | | Sold | 10/15/14 | J | | |
| 454. | | | | | Buy | 10/27/14 | J | | |
| 455. -Roche Hldg Ltd Spons Adr Switz Adr (RHHBY (common) | | None | | | Buy | 09/18/14 | J | | |
| 456. | | | | | Sold | 10/15/14 | J | | |
| 457. | | | | | Buy | 10/27/14 | J | | |
| 458. | | | | | Sold | 12/30/14 | J | | |
| 459. -Price T Rpwe Group Inc De (TROW) (common) | | None | J | T | Buy | 12/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 33

Name of Person Reporting

SEYMOUR, STEPHANIE K.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Travelers Cos Inc/The De (TRV) (common) | A | Dividend | J | T | Buy | 02/14/14 | J | | |
| 461. | | | | | Sold | 10/15/14 | J | | |
| 462. | | | | | Buy | 10/27/14 | J | | |
| 463. -Union Pacific Corp De (UNP) (common) | A | Dividend | J | T | Buy | 05/06/14 | J | | |
| 464. | | | | | Sold | 10/15/14 | J | A | |
| 465. | | | | | Buy | 10/27/14 | J | | |
| 466. -Yum! Brands Inc De (YUM) (common) | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 467. | | | | | Sold | 10/15/14 | J | | |
| 468. | | | | | Buy | 10/27/14 | J | | |
| 469. -JP Morgan Chase (JPM) (common) | A | Dividend | | | Buy | 02/14/14 | J | | |
| 470. | | | | | Sold | 09/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

COMMENTS FOR PART VII:

COMMENT 1, Line 2 -- F&M Bank was purchased by Prosperity Bank.

COMMENT 2, Lines 3 and 160 -- The UBS bank accounts associated with the various UBS brokerage and IRA accounts were reported separately until the 2013 FDR when the amounts for those accounts were combined for reporting purposes. However, the bank account associated with IRA #7, Line 160, was inadvertently omitted in the consolidation. This account is now included in the income/value amounts reported on Line 3.

COMMENT 3, numerous lines throughout Part VII -- Class conversions in these mutual funds occurred in 2014. All reportable transactions are reported under the new symbol. If the asset was both purchaed and converted in 2014, only the new symbol is reported.

COMMENT 4, Line 260 -- The purchase of Apple Inc (APPL) in IRA #7 was inadvertently omitted from the 2013 report. It was purchased 4/16/2013 at value code K and had a dividend income of value code A. (Note: Interest in Apple held in Brokerage Account #13 was included on the 2013 report.)

COMMENT 5, Lines 303 and 304 -- PAA Nat Gas Storage LP MLP (PNG) merged into Plains All Amer Pipeline LP Unit Ltd Partnership (PAA) on 2/2/2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ STEPHANIE K. SEYMOUR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544